**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:12-cr-00108-RCJ-PAL |
| vs. | **ORDER** |
| LUIS SUAREZ, | |
| Defendant. | |

Based on information provided in Government's MOTION FOR LEAVE OF COURT TO PRODUCE DISCOVERY UNDER SEAL IN THE STATE OF NEVADA AND FOR ISSUANCE OF A PROTECTIVE ORDER, as well as this Court's in camera review of the search warrant from the State of Nevada, assigned event number 120229-4246, the Court hereby:

1. GRANTS the Government's motion for leave of court to provide a redacted version of the State of Nevada search warrant under LVMPD event number 120229-4246. The Government shall have  7  days to produce the search warrant to the Defendant and his counsel.

2. GRANTS the Government's request for a protective order, thereby allowing the Government to redact the name and identifiers of the confidential informant associated with this case, from all discovery, until and unless this Court finds good cause to remove the order.

DATED this 4th day of May, 2012.

HONORABLE PEGGY A. LEEN
United States Magistrate Judge

4