**FILED**

NOV 0  2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:12-CR-108-PMP-(PAL) |
| LUIS SUAREZ, ) | |
| Defendant. ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 9, 2012, defendant LUIS SUAREZ pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Sections 922(g)(1). Criminal Indictment, ECF No. 9.

This Court finds defendant LUIS SUAREZ agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum. Criminal Indictment, ECF No. 9; Plea Memorandum, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum and the offense to which defendant LUIS SUAREZ pled guilty. Criminal Indictment, ECF No. 9; Plea Memorandum, ECF No. __.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1.   1.  a Amadeo Rossi, model M971, .357 Magnum revolver, bearing serial number F269626;
2.   2.  a Wilkinson Arms, mode Terry, 9 mm semi-auto carbine, bearing serial number 00255;
3.   3.  a RG Industries, model RG31, .38 caliber revolver, with an obliterated serial number; and
4.   4.  any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of LUIS SUAREZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

1  Michael A. Humphreys
   Assistant United States Attorney
2  Daniel D. Hollingsworth
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101.

5  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 9th day of November, 2012.

_____
UNITED STATES DISTRICT JUDGE